JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON BRYANT,<br><br>     Plaintiff,<br><br>vs.<br><br>MARIE GRACE CRUDELE D/B/A CAKE BUZZ; MIKE GARCIA, AS TRUSTEE OF THE MIKE AND PATTIANN S. GARCIA FAMILY TRUST; and DOES 1 to 10,<br><br>     Defendants. | Case No.: 2:23-cv-09891-RGK (PDx)<br><br>[PROPOSED] ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION |

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice with the Court to retain jurisdiction up until April 10, 2024.

SO ORDERED.

DATED: 3/11/2024

_____
R. GARY KLAUSNER
United States District Court Judge

1
[PROPOSED] ORDER